| | |
|---|---|
| 1 | DONALD W. SIEVEKE, ESQ., SB#78144 |
| | LAW OFFICES OF DONALD W. SIEVEKE |
| 2 | 1113 N. Spurgeon Street |
| | Santa Ana, California 92701 |
| 3 | (714) 543-8419; (714) 558-7459 Fax |
| | email: dws4law@pacbell.net |
| 4 | |
| | Attorney for KAMRAN GHADIMI, M.D. |
| 5 | and HALEH TURKAMAN, Plaintiffs |

```
                        FILED
                CLERK, U.S. DISTRICT COURT

                      6/30/14

                CENTRAL DISTRICT OF CALIFORNIA
                BY: CS            DEPUTY
```

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

CV14-5057-DDP

| | | |
|---|---|---|
| In re: | ) | CASE NO. 2:13-11265 ER |
| | ) | |
| TONY ASHAI | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Adv. Case No. 2:13-01448 ER |
| | ) | |
| _____ | ) | NOTICE OF APPEAL |
| | ) | |
| KAMRAN GHADIMI, M.D. and | ) | |
| HALEH TURKAMAN, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| TONY ASHAI, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

KAMRAN GHADIMI, M.D. and HALEH TURKAMAN, the Plaintiffs, appeal under 28 U.S.C. 158(a) the judgment of the Bankruptcy Judge Ernest Robles entered in this adversary proceeding on the 9th day of June, 2014.

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

///

///

---

NOTICE OF APPEAL

Attorneys for TONY ASHAI, Defendant:

Sam Zreik, Esq.
Kam Kooshki, Esq.
WHITBECK, KOOSHKI & ZREIK LLP
21515 Hawthorne Blvd. #1065
Torrance, CA 90503
(888) 972-9477
(310) 540-1112 Fax
email: sammy.zreik@wkzlaw.com

Attorneys for KAMRAN GHADIMI, M.D. and HALEH TURKAMAN:
Donald W. Sieveke, Esq.
LAW OFFICES OF DONALD W. SIEVEKE
1113 N. Spurgeon
Santa Ana, CA 92701
(714) 543-8419
(714) 558-7459 Fax
email: dws4law@pacbell.net

Dated: 6/18/2014

/s/ Donald W. Sieveke
_____
Donald W. Sieveke, Attorney for
KAMRAN GHADIMI, M.D.
and HALEH TURKAMAN, Plaintiffs

NOTICE OF APPEAL

Sam Zreik, (SBN 249020)
Kam Kooshki (SBN 232315)
**WHITBECK, KOOSHKI, & ZREIK LLP**
21515 Hawthorne Blvd. #1065
Torrance, CA 90503
Tel: (888) 972-9477
Fax: (310) 540-1112
E-Mail: sammy.zreik@wkzlaw.com

Attorneys for Debtor

FILED & ENTERED

JUN 09 2014

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY evangeli DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>TONY ASHAI,<br><br>    Debtor.<br>_____<br>KAMRAN GHADIMI, M.D. and HALEH TURKAMAN,<br><br>    Plaintiffs,<br><br>vs.<br><br>TONY ASHAI,<br><br>    Defendants. | CASE NO: 2:13-bk-11265-ER<br><br>**Adversary No.:2:13-ap-01448-ER**<br><br>Chapter 7<br><br>**JUDGMENT FOR DEFENDANT ASHAI AGAINST PLAINTIFFS KAMRAN GHADIMI, M.D. and HALEH TURKAMAN AFTER TRIAL**<br><br><u>Trial</u><br>**Date:** May 29, 2014<br>**Time:** 10:00am<br>**Crtrm:** 1568 15th floor<br>**Judge:** The Honorable Ernest Robles<br>**Loc:** 255 East Temple Street<br>        Los Angeles, Ca 90012 |

////

////

////

////

1

A trial was held before the undersigned United States Bankruptcy Judge at the above date, time and place.  Appearances were as set forth on the record.

The Court has considered the record, testimony and exhibits in this adversary proceeding.  Based upon the findings and conclusions set forth on the record after trial,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

Judgment is granted in favor of Tony Ashai and against Plaintiffs KAMRAN GHADIMI, M.D. and HALEH TURKAMAN on all of Plaintiffs' claims for relief in Plaintiffs' Amended Complaint.

###

Date: June 9, 2014

Ernest M. Robles
United States Bankruptcy Judge

2

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Law Offices of Donald W. Sieveke
1113 N. Spurgeon Street
Santa Ana, CA 92701

A true and correct copy of the foregoing document entitled (*specify*): NOTICE OF APPEAL

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 6/20/2014, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that he following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
SEE ATTACHED SERVICE LIST

[x] Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) 6/20/2014, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
SEE ATTACHED SERVICE LIST

[x] Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
N/A

[ ] Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/20/2014 | SHANNON A. KING | /s/ Shannon A. King |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**
F901331

SERVICE LIST

PARTIES SERVED BY THE COURT VIA "NEF":

  Brad D Krasnoff (TR)    joyce.mcdaniel@lewisbrisbois.com, bkrasnoff@ecf.epiqsystems.com
  Donald W Sieveke    ibmoola@yahoo.com
  United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
  Michael W Vivoli    auzcategui@vivolilaw.com, sbrown@vivolilaw.com
  Sammy Zreik    sammy.zreik@wkzlaw.com


PARTIES SERVED BY U.S. MAIL:
UNITED STATES BANKRUPTCY COURT
Edward R. Roybal Federal Building
**ATTN: JUDGE ERNEST M. ROBLES**
255 E. Temple St., Suite 1560
Los Angeles, CA  90012-3332

Henry S David
The David Firm(R)
617 W. 7th St. # 702
Los Angeles, CA 90017