APPEAL

## U.S. Bankruptcy Court
## Central District Of California (Los Angeles)
### Adversary Proceeding #: 2:13-ap-01448-ER

*Assigned to:* Ernest M. Robles
*Lead BK Case:* 13-11265
*Lead BK Title:* Tony Ashai
*Lead BK Chapter:* 7
*Demand:* $175000

*Date Filed:* 04/12/13

CV14- 5057 DDP

*Nature[s] of Suit:* 62 Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud

*Plaintiff*
-----------------------
**Kamran Ghadimi**
2736 Via Miguel
Palos Verdes Penn, CA 90274

represented by **Donald W Sieveke**
1113 N Spurgeon St
Santa Ana, CA 92701
714-543-8419
Fax : 714-558-7459
Email: ibmoola@yahoo.com

*Plaintiff*
-----------------------
**Haleh Turkaman**
2736 Via Miguel
Palos Verdes Penn, CA 90274

represented by **Donald W Sieveke**
(See above for address)

V.

*Defendant*
-----------------------
**Tony Ashai**
1584 Via Zurita
Palos Verdes Peninsu, CA 90274
SSN / ITIN: xxx-xx-3965

represented by **Sammy Zreik**
Whitbeck, Kooshki & Zreik LLP
21515 Hawthorne Blvd Ste 1065
Torrance, CA 90503
888-972-9477
Fax : 310-540-1112
Email: sammy.zreik@wkzlaw.com

*Trustee*
-----------------------
**Brad D Krasnoff (TR)**

221 N. Figueroa Street, Suite 1200
Los Angeles, CA 90012
(213) 250-1800

**U.S. Trustee**
-----------------------
**United States Trustee (LA)**
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017
(213) 894-6811

| Filing Date | # | Docket Text |
|---|---|---|
| 04/29/2014 | 43 (1 pg) | Notice to creditors (BNC) re trial rescheduled from 5-27-14 at 9:00 a.m. to 5-29-14 at 9:00 a.m. (Lomeli, Lydia R.) (Entered: 04/29/2014) |
| 05/01/2014 | 44 (2 pgs) | BNC Certificate of Notice (RE: related document(s) 43 Notice to creditors (BNC)) No. of Notices: 4. Notice Date 05/01/2014. (Admin.) (Entered: 05/01/2014) |
| 05/05/2014 | 45 (25 pgs) | Motion to Amend (related document(s)34 Pre-trial order (BNC-PDF)) *EX PARTE APPLICATION to Amend Pre-Trial Order; in the Alternative; for Order Shortening Time on Motion (with proof of service)* Filed by Plaintiffs Kamran Ghadimi, Haleh Turkaman (Sieveke, Donald) (Entered: 05/05/2014) |
| 05/05/2014 | 46 (4 pgs) | Notice of lodgment *of Order on Ex Parte Application to Amend Pre-Trial Order (with proof of service)* Filed by Plaintiffs Kamran Ghadimi, Haleh Turkaman (RE: related document(s)45 Motion to Amend (related document(s)34 Pre-trial order (BNC-PDF)) *EX PARTE APPLICATION to Amend Pre-Trial Order; in the Alternative; for Order Shortening Time on Motion (with proof of service)*). (Sieveke, Donald) (Entered: 05/05/2014) |
| 05/05/2014 | 47 (2 pgs) | ORDER SETTING HEARING ON EX PARTE APPLICATION TO AMEND PRE-TRIAL ORDER; IN THE ALTERNATIVE; FOR ORDER SHORTENTING TIME ON MOTION (D.E. 45); A hearing on the Ex Parte Application to Amend Pre-Trial Order shall be held on May 12, 2014, at 11:00 a.m., Signed on 5/5/2014 (Evangelista, Maria) (Entered: 05/05/2014) |

| | | |
|---|---|---|
| 05/05/2014 | 48 | Hearing Set (RE: related document(s)45 Motion to Amend filed by Plaintiff Haleh Turkaman, Plaintiff Kamran Ghadimi) The Hearing date is set for 5/12/2014 at 11:00 AM at Crtrm 1568, 255 E Temple St., Los Angeles, CA 90012. The case judge is Ernest M. Robles (Evangelista, Maria) (Entered: 05/05/2014) |
| 05/07/2014 | 49<br>(3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)47 Order (Generic) (BNC-PDF)) No. of Notices: 4. Notice Date 05/07/2014. (Admin.) (Entered: 05/07/2014) |
| 05/08/2014 | 50<br>(3 pgs) | Declaration re: *of Donald W. Sieveke re: Service of Order and Ex Parte Application* Filed by Plaintiffs Kamran Ghadimi, Haleh Turkaman (RE: related document(s)45 Motion to Amend (related document(s)34 Pre-trial order (BNC-PDF)) *EX PARTE APPLICATION to Amend Pre-Trial Order; in the Alternative; for Order Shortening Time on Motion (with proof of service)*, 47 Order (Generic) (BNC-PDF)). (Sieveke, Donald) (Entered: 05/08/2014) |
| 05/09/2014 | 51<br>(7 pgs) | Opposition to (related document(s): 45 Motion to Amend (related document(s)34 Pre-trial order (BNC-PDF)) *EX PARTE APPLICATION to Amend Pre-Trial Order; in the Alternative; for Order Shortening Time on Motion (with proof of service)* filed by Plaintiff Haleh Turkaman, Plaintiff Kamran Ghadimi, 47 Order (Generic) (BNC-PDF)) Filed by Defendant Tony Ashai (Zreik, Sammy) (Entered: 05/09/2014) |
| 05/12/2014 | 52<br>(4 pgs) | Hearing Held (RE: related document(s)45 Motion to Amend filed by Plaintiff Haleh Turkaman, Plaintiff Kamran Ghadimi) - motion DENIED (SEE RULING ATTACHED); (Evangelista, Maria) Additional attachment(s) added on 5/12/2014 (Evangelista, Maria). (Entered: 05/12/2014) |
| 05/13/2014 | 53<br>(10 pgs; 2 docs) | Notice *of Objection to Subpoena in Adversary Proceeding* Filed by Witness Emil Youssefzadeh. (Attachments: # 1 Proof of Service)(Vivoli, Michael) (Entered: 05/13/2014) |
| | 54<br>(2 pgs) | ORDER DENYING EX PARTE APPLICATION TO AMEND PRE-TRIAL ORDER; IN THE ALTERNATIVE; FOR ORDER SHORTENING |

| | | |
|---|---|---|
| 05/14/2014 | | TIME ON MOTION (D.E. 45) (Related Doc # 45) Signed on 5/14/2014 (Evangelista, Maria) (Entered: 05/14/2014) |
| 05/16/2014 | 55 (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)54 Order (Generic) (BNC-PDF)) No. of Notices: 4. Notice Date 05/16/2014. (Admin.) (Entered: 05/16/2014) |
| 05/30/2014 | 56 | Hearing Held RE Trial 1 Adversary case 2:13-ap-01448. Complaint by Kamran Ghadimi, Haleh Turkaman against Tony Ashai - Findings and conclusions place on the record. Judgment for defendant; (Evangelista, Maria) (Entered: 06/03/2014) |
| 06/06/2014 | 57 (49 pgs) | Notice of motion/application *and Motion for Attorney's Fees and Costs Against Plaintiffs Kamran Ghadimi, M.D. and Haleh Turkaman; Memorandum of Points and Authorities in Support; Declaration of Sammy Zreik, Esq in Support of its Motion for Attorney's Fees and Costs* Filed by Defendant Tony Ashai. (Zreik, Sammy) CORRECTION: (1) Attorney to re-file using "motion" docket event code AND (2) renotice with correct adversart case number 2:13-ap-01448-ER; Modified on 6/9/2014 (Evangelista, Maria). (Entered: 06/06/2014) |
| 06/09/2014 | 58 (2 pgs) | JUDGMENT FOR DEFENDANT ASHAI AGAINST PLAINTIFFS KAMRAN GHADIMI, M.D. and HALEH TURKAMAN AFTER TRIAL; Signed on 6/9/2014 (Evangelista, Maria) (Entered: 06/09/2014) |
| 06/09/2014 | 59 | Notice to Filer of Error and/or Deficient Document **Incorrect event code was used to file this document. THE FILER IS INSTRUCTED TO RE-FILE THE DOCUMENT USING THE CORRECT EVENT.** (RE: related document(s)57 Notice of motion/application filed by Defendant Tony Ashai) CORRECTION: (1) Attorney to re-file using "motion" docket event code AND (2) renotice with correct adversart case number 2:13-ap-01448-ER; (Evangelista, Maria) (Entered: 06/09/2014) |
| | 60 (49 pgs) | Motion *Amended Notice of Motion and Motion for Attorney's Fees and Costs Against Plaintiffs Kamran Ghadimi, M.D. and Haleh Turkaman; Memorandum* |

| | | |
|---|---|---|
| 06/09/2014 | | *of Points and Authorities in Support; Declaration of Sammy Zreik, Esq in Support of its Motion for Attorney's Fess and Costs* Filed by Defendant Tony Ashai (Zreik, Sammy) (Entered: 06/09/2014) |
| 06/10/2014 | 61 | Hearing Set (RE: related document(s)60 Generic Motion filed by Defendant Tony Ashai) The Hearing date is set for 7/8/2014 at 10:00 AM at Crtrm 1568, 255 E Temple St., Los Angeles, CA 90012. The case judge is Ernest M. Robles (Evangelista, Maria) (Entered: 06/10/2014) |
| 06/11/2014 | 62 (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)58 JUDGMENT (BNC-PDF)) No. of Notices: 4. Notice Date 06/11/2014. (Admin.) (Entered: 06/11/2014) |
| 06/20/2014 | 63 (6 pgs) | Notice of Appeal USDC Court. . Fee Amount $298 Filed by Plaintiffs Kamran Ghadimi, Haleh Turkaman (RE: related document(s)58 JUDGMENT (BNC-PDF)). Appellant Designation due by 07/7/2014. (Sieveke, Donald) (Entered: 06/20/2014) |
| 06/20/2014 | | Receipt of Notice of Appeal(2:13-ap-01448-ER) [appeal,ntcapl] ( 298.00) Filing Fee. Receipt number 37292363. Fee amount 298.00. (re: Doc# 63) (U.S. Treasury) (Entered: 06/20/2014) |
| 06/20/2014 | 64 (3 pgs) | Election to Appeal to District Court Filed by Plaintiffs Kamran Ghadimi, Haleh Turkaman (RE: related document(s)63 Notice of Appeal). (Sieveke, Donald) (Entered: 06/20/2014) |
| 06/23/2014 | 65 (20 pgs) | Notice of referral of appeal to U. S. District Court with certificate of mailing (RE: related document(s) 63 Notice of Appeal filed by Plaintiff Haleh Turkaman, Plaintiff Kamran Ghadimi) (Mendoza, Maria Patricia) (Entered: 06/23/2014) |
| 06/23/2014 | 66 (89 pgs) | Opposition to (related document(s): 60 Motion *Amended Notice of Motion and Motion for Attorney's Fees and Costs Against Plaintiffs Kamran Ghadimi, M.D. and Haleh Turkaman; Memorandum of Points and Authorities in Support; Declaration of Sammy Zreik, Esq in Support of its Motion for At filed by Defendant Tony Ashai)* Filed by Plaintiffs Kamran Ghadimi, Haleh Turkaman (Sieveke, Donald) (Entered: 06/23/2014) |