# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>TONY ASHAI R#63<br><br>Debtor(s). | CASE NO.: 2:13-11265 ER<br><br>ADVERSARY NO.: 2:13-AP-01448 ER |
|---|---|
| KAMRAN GHADIMI, M.D. and<br>HALEH TURKAMAN<br>Plaintiff(s),<br>vs.<br>TONY ASHAI<br>Defendant(s) | **NOTICE OF REFERRAL OF APPEAL**<br><br>Notice of Appeal Filed: 6/20/14<br>Notice of Cross-Appeal Filed:<br>Bankruptcy Filed: 1/16/13 |

CV14-5057-DDP

TO:   ALL PARTIES IN INTEREST, AND
  [ ]   BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT, **OR**
  [ ]   U. S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

YOU AND EACH OF YOU are hereby notified that the following documents have been filed with the Clerk of the Bankruptcy Court:
  [ ]   Motion for Leave to Appeal
  [ ]   Answer in Opposition to Motion for Leave to Appeal
  [✓]   Notice of ___✓___ Appeal _____ Cross-Appeal
  [✓]   Appellant's Statement of Election to Transfer Appeal to District Court
  [ ]   Other

By virtue of Orders of the Judicial Council of the Ninth Circuit and the District Court for this District, the above appeal and related documents have been referred to the Bankruptcy Appellate Panel or U. S. District Court, as indicated above.

DATED: 6/23/14

KATHLEEN J. CAMPBELL
Clerk of Court

By: _____
       Deputy Clerk

FILED
CLERK, U.S. DISTRICT COURT
JUN 30 2014
CENTRAL DISTRICT OF CALIFORNIA

## CERTIFICATE OF MAILING

I hereby certify that a true copy of the NOTICE OF APPEAL, NOTICE OF REFERRAL OF APPEAL, TRANSCRIPT ORDER FORM, AND NOTICE OF TRANSCRIPT were mailed to each of the parties listed in the Appeal, at the address set forth with their respective names on this date, together with a copy of the below-referenced applicable ORDER:

  [ ]   **AMENDED ORDER ESTABLISHING AND CONTINUING THE BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT** (referencing appeals originating in bankruptcy cases filed on or before 10/22/94)

  [✓]   **AMENDED ORDER CONTINUING BANKRUPTCY APPELLATE PANELS OF THE NINTH CIRCUIT** (referencing appeals originating in bankruptcy cases filed after 10/22/94)

DATED: 6/23/14

KATHLEEN J. CAMPBELL
Clerk of Court

By: _____
       Deputy Clerk

---

**NOTICE OF REFERRAL OF APPEAL (Adversary)**
APPEALS: NTC-REF.ADV (Revised 2/2010)

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

# APPEAL SERVICE LIST

[✓] NOTICE OF REFERRAL OF APPEAL
[ ] CERTIFICATE OF READINESS AND COMPLETION OF RECORD

CASE NO.: 2:13-11265 ER          ADVERSARY NO.: 2:13-AP-01448 ER

[ ] BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT
Office of the Clerk
United States Court of Appeals Building
125 South Grand Avenue
Pasadena, CA 91105-1510

[✓] U. S. DISTRICT COURT
Central District of California, Western Division
U. S. Courthouse, Room G-8
312 North Spring Street
Los Angeles, CA 90012-4701

[ ] U. S. DISTRICT COURT
Central District of California, Southern Division
411 West Fourth Street
Room 1053
Santa Ana, CA 92701-4516

[ ] U. S. DISTRICT COURT
Central District of California, Eastern Division
3470 Twelfth Street
Riverside, CA 92501

[✓] Peter Anderson
OFFICE OF THE U. S. TRUSTEE
725 South Figueroa Street, 26th Floor
Los Angeles, CA 90017

[ ] Frank Cadigan
OFFICE OF THE U. S. TRUSTEE
411 West Fourth Street, Room 9041
Santa Ana, CA 92701

[ ] OFFICE OF THE U.S. TRUSTEE
3801 University Avenue, Suite 720
Riverside, CA 92501-3200

[ ] Jennifer Braun
OFFICE OF THE U. S. TRUSTEE
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367

INDICATE BELOW NAMES AND ADDRESSES OF PARTIES LISTED IN THE APPEAL:

SEE ATTACHED SERVICE LIST

---

APPEAL SERVICE LIST

APPEALS: SERVLIST (Revised 11/2012)

**2:13-ap-01448-ER Notice will be electronically mailed to:**

Brad D Krasnoff (TR)
joyce.mcdaniel@lewisbrisbois.com, bkrasnoff@ecf.epiqsystems.com

Donald W Sieveke on behalf of Plaintiff Haleh Turkaman
ibmoola@yahoo.com

Donald W Sieveke on behalf of Plaintiff Kamran Ghadimi
ibmoola@yahoo.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Michael W Vivoli on behalf of Witness Emil Youssefzadeh
auzcategui@vivolilaw.com, sbrown@vivolilaw.com

Sammy Zreik on behalf of Defendant Tony Ashai
sammy.zreik@wkzlaw.com

**2:13-ap-01448-ER Notice will not be electronically mailed to:**

Henry S David
The David Firm(R)
617 W. 7th St. # 702
Los Angeles, CA 90017

Sam Zreik, Esq.

Kam Kooshki Esq

21515 Hawthorne Blvd #1065

Torrance CA 90503


David W. Sieveke, Esq.

Law Offices of Donald W. Sieveke

1113 N. Spurgeon

Santa Ana 92701