# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re: TONY ASHAI R#63<br><br>Debtor(s). | U.S.D.C. CASE NO.: 2:14-CV-5057 DDP<br>CASE NO.: 2:13-BK-11265 ER<br>ADVERSARY NO.: 2:13-AP-01448 ER<br>REFERENCE NO.: |
|---|---|
| KAMRAN GHADIMI, M.D. and<br>HALEH TURKAMAN<br><br>Plaintiff(s),<br>vs.<br>TONY ASHAI<br><br>Defendant(s). | CERTIFICATE OF READINESS<br>AND COMPLETION OF RECORD |

TO: CLERK OF THE U. S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA AND TO COUNSEL OF RECORD FOR THE PARTIES AS FOLLOWS:

[✓] United States District Court
U. S. Courthouse, Rm. G-8
312 North Spring Street
Los Angeles, CA  90012-4701

[ ] United States District Court
411 West Fourth Street
Room 1053
Santa Ana, CA  92701-4516

[ ] United States District Court
3470 Twelfth Street
Room 134
Riverside, CA  92501

**ATTORNEY OF RECORD FOR APPELLANT:**
DONALD W. SIEVEKE, ESQ.
LAW OFFICES OF DONALD W. SIEVEKE
1113 N. Spurgeon St
Santa Ana CA 92701       dws4law@pacbell.net

**ATTORNEY OF RECORD FOR APPELLEE:**
SAM ZREIK ESQ
WHITBECK, KOOSHKI & ZREIK LLP
21515 Hawthorne Blvd #1065
Torrance CA 90503       sammy.zreik@wkzlaw.com

FILED JUL 24 2014 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy

FILED JUL 28 2014 CLERK, U.S. DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA DEPUTY

The undersigned Deputy Clerk of the U. S. Bankruptcy Court hereby certifies that the record on appeal is complete and the case is ready for the U. S. District court to set briefing schedules and hearing dates. The Statement of Issues previously filed with this Court and a complete copy of the docket are attached.

The status of the transcripts is as follows:

[✓] All transcripts requested by either the Appellant, Appellee, or both, have been filed with this Court.
[ ] No transcripts were requested by either Appellant or Appellee.

I hereby certify that a copy of this Certificate was mailed to the above-listed attorneys on this date.

DATED: 7/24/14

KATHLEEN J. CAMPBELL
Clerk of Court

By: _____
    Deputy Clerk

---

**CERTIFICATE OF READINESS - USDC**

APPEALS: CR-USDC (Revised 2/2010)