# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE TONY ASHAI, DEBTOR** | No. LA CV 14-05057-VBF |
| KAMRAN GHADIMI, M.D., and HALEH TURKAMAN, | |
|     Plaintiffs-Appellants, | **JUDGMENT** |
|         v. | |
| TONY ASHAI, | |
|     Defendant-Appellee . | |

Pursuant to this Court's contemporaneously issued "Order Denying Creditors' Appeal; Affirming Bankruptcy Court's June 9, 2014 Judgment that Section 523(a)(2)(A) Does Not Render Tony Ashai's Debt Non-Dischargeable; Directing Creditors to Show Cause . . . Why the Court Should Not Find Their Appeal to be Frivolous and Award Attorney Fees or Other Damages Under Fed. R. Bankr. P. 8020(a); Etc.", **final judgment on this appeal is hereby entered in favor of appellee-debtor Tony Ashai and against appellant-creditors Ghadimi and Turkaman.**

DATED:  Thursday, September 29, 2016

                                                        VALERIE BAKER FAIRBANK
                                                        UNITED STATES DISTRICT JUDGE